No. 94. Box Elder Power & Light Company, Plaintiff in Error, *v.* Brigham City. Error to the Supreme Court of the State of Utah. Argued for the plaintiff in error and submitted for the defendant in error March 10, 1911. Decided March 13, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *Mutual Life Ins. Co.* v. *McGrew,* 188 U. S. 291, 308; *Farrell* v. *O'Brien,* 199 U. S. 100; *Kaufman* v. *Smith,* 216 U. S. 610. *Mr. Charles C. Dey, Mr. Hiram E. Booth* and *Mr. E. A. Walton* for the plaintiff in error. *Mr. William H. King, Mr. Henry P. Henderson* and *Mr. Edward B. Critchlow* for the defendant in error.

No. 862. The Home for Destitute Children et al., Appellants, *v.* The Peter Bent Brigham Hospital et al., Trustees, etc. Appeal from the Circuit Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted March 6, 1911. Decided March 13, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S. 100; *Kaufman* v. *Smith,* 216 U. S. 610. *Mr. Charles A. Snow* and *Mr. Joseph H. Knight* for the appellants. *Mr. J. L. Thorndike* for the appellees.

No. 596. Globe Printing Company of St. Louis, Plaintiff in Error, *v.* Samuel B. Cook. Error to the Supreme Court of the State of Missouri. Motion to dismiss or affirm submitted March 13, 1911. Decided March 20, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S. 100; *Kaufman* v. *Smith,* 216 U. S. 610; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, and cases cited; *Kansas City Star Com-*